NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**R2 SEMICONDUCTOR, INC.,**
*Appellant*

**v.**

**INTEL CORPORATION,**
*Appellee*

---

2019-1031, 2019-1032, 2019-1033, 2019-1034, 2019-1036, 2019-1037

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-00705, IPR2017-00706, IPR2017-00707, IPR2017-00708, IPR2017-01123, IPR2017-01124.

---

## JUDGMENT

---

CHARLES KRAMER VERHOEVEN, Quinn Emanuel Urquhart & Sullivan, LLP, San Francisco, CA, argued for appellant. Also represented by DAVID EISEMAN, IV, IMAN LORDGOOEI; LANCE YANG, Los Angeles, CA; JAMES M. GLASS, New York, NY.

MICHAEL JENNINGS SUMMERSGILL, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for

appellee. Also represented by MARK CHRISTOPHER FLEMING, WILLIAM F. LEE, DONALD R. STEINBERG; MARK D. SELWYN, Palo Alto, CA; JOSHUA LLOYD STERN, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2019          /s/ Peter R. Marksteiner
Date                          Peter R. Marksteiner
                            Clerk of Court